IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INDIRA GOODING, and<br>JAIDA BELTON<br>    Plaintiffs,<br><br>v.<br><br><br>NEGRIL RESTAURANT ATL,<br>LLC, d/b/a NEGRIL ATL and<br>PETER BEST<br><br>    Defendants. | Civil Action No.: 1:23-cv-2724AT<br><br>Jury Trial Demanded |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT

Upon application of Plaintiffs Indira Gooding, Jaida Belton, Azhae Hylton and Ciana Belton and Defendants Negril Restaurant Atl, LLC, d/b/a Negril ATL and Peter Best (collectively, "Parties") and the Court's review of the Parties' Settlement Agreement, the Court concludes that the terms of the Parties' Settlement Agreement are reasonable and satisfactory. Therefore, the Court hereby Orders that the Parties' Settlement Agreement, attached as Exhibit A to the Joint Motion, is approved.

The Court further Orders that the clerk enter a docket notice that case administratively is closed from the date of this Order, to allow the Parties to

complete the agreed-upon payments, and during which time either Party may, if the other Party breaches, reopen the case to enforce the Settlement Agreement and Consent Judgment.

**IT IS SO ORDERED**

This the _____ day of _____, 2024.

_____
Amy Totenberg
UNITED STATES DISTRICT COURT JUDGE