IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INDIRA GOODING and JAIDA BELTON<br>　　　Plaintiffs,<br><br>v.<br><br>NEGRIL RESTAURANT ATL, LLC, d/b/a NEGRIL ATL, and PETER BEST<br>　　　Defendants. | CIVIL ACTION NO.<br>1:23-cv-2724-AT |

## **ORDER**

This matter is before the Court on a Joint Motion for Approval of Consent Judgment and Settlement Agreement [Doc. 47] (the "Joint Motion").

The Court has reviewed the parties' written Proposed Settlement Agreement and Release ("Settlement Agreement," Doc. 47-1), which was filed with the Joint Motion, to determine its adequacy and consistency with the requirements of the Fair Labor Standards Act ("FLSA"). *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on its review of the parties' agreement and the record in this case, the Court concludes: (1) the terms of the Settlement Agreement are fair and reasonable and represent an adequate resolution of this action; (2) the fees charged by Plaintiffs' counsel are reasonable; and (3) the terms

of the Settlement Agreement were reached in an adversarial context with the assistance of legal counsel.

Accordingly, the Court **GRANTS** the Joint Motion [Doc. 47] and **APPROVES** the parties' Settlement Agreement. The Court **ORDERS** that the payment of the settlement amounts referenced in the Settlement Agreement shall be made as provided therein, and the costs of litigation, including attorneys' fees, shall be paid as set forth in the Settlement Agreement.

The Court also **ENTERS** the substantive terms of the Consent Order and Judgment stipulated to by the parties:

1. By consent of the parties, a judgment is entered in favor of Plaintiffs Indira Gooding, Jaida Belton, Azhae Hylton, and Ciana Belton and against Defendants Negril Restaurant ATL, LLC, d/b/a Negril ATL, and Peter Best in the total amount of $175,000.00.

2. The judgment is consented to for settlement and security purposes and does not constitute an admission of liability by Defendants regarding Plaintiffs' asserted claims.

3. The Defendants shall pay the Plaintiffs the total sum of $175,000.00 in accordance with the payment schedule and terms set forth in the Settlement Agreement.

4. This Consent Judgment shall serve as a final resolution of all claims between the parties in the above-captioned matter, Civil Action No. 1:23-cv-2724, and shall be enforceable as a final judgment of this Court.

5. The Clerk's Office is **DIRECTED** to close the case.

6. The Court **SHALL** retain jurisdiction over this matter until the payment terms set forth in Section 3 of the Settlement Agreement and Consent Judgment have been fulfilled.

   **IT IS SO ORDERED** this 21st day of November, 2024.

   _____
   **Honorable Amy Totenberg**
   **United States District Judge**