Local Form 005a (5/10)
(formerly DC11, rev. 7/82)

Uri Goodng et al v Negril Restaurant ATL and Peter Best
Civil Action No. 1:23-cv-2724AT
Arnold J. Lizana, Law Office of Arnold J. Lizana P.C. for Plaintiff

## WRIT OF EXECUTION

# United States District Court

| DISTRICT | Northern District of Georgia |

**TO THE MARSHAL OF:** NORTHERN DISTRICT OF GEORGIA

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**

NEGRIL RESTAURANT ATL, LLC, d/b/a NEGRIL ATL and PETER BEST

you cause to be made and levied as well a certain debt of:

**DOLLAR AMOUNT**

$175,000.00 consent judgment for unpaid wages      and

**DOLLAR AMOUNT**

in the United States District Court for the _Northern_ District of _Georgia_,
before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

NEGRIL RESTAURANT ATL, LLC, d/b/a NEGRIL ATL and PETER BEST

and also the costs that may accrue under this writ.
And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | U.S. District Court | DISTRICT | Northern District of Georgia |
| CITY | Atlanta, Georgia | DATE | INSTANTER |

Witness the Honorable **Amy Totenberg**
_(United States Judge)_

| DATE | CLERK OF COURT |
| | Kevin P. Weimer |
| | (BY) DEPUTY CLERK |

### RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |